IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

**ROBERT GILLARD**                                                                                          **PETITIONER**

v.                                          No. _4:24-cv-4096_

**MILLER COUNTY, ARKANSAS**                                                       **RESPONDENT**

## ORDER

Came on for consideration ROBERT GILLARD's Petition for Writ of *Habeas Corpus* Relief pursuant to 28 U.S.C. § 2254.[1] The Clerk is directed, to file the Petition as submitted. The Clerk is further directed to mail a copy of this order to GILLARD at the address provided in the Petition.

The Court notes GILLARD has failed to submit the required filing fee or a Motion to Proceed *In Forma Pauperis*. GILLARD is **ORDERED** to either submit the $5.00 filing fee or a Motion to Proceed *In Forma Pauperis* **on or before September 27, 2024**. Failure to pay the filing fee or submit a Motion to Proceed *In Forma Pauperis* may lead to immediate dismissal of the Petition. The Clerk is directed to provide GILLARD with the court approved form for proceeding *in forma pauperis*.

**IT IS FURTHER ORDERED** that GILLARD shall file no further pleadings in this matter until further Order of the Court.

**SIGNED this 13th day of September 2024.**

_____
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE

---

[1] This Petition was received by the Clerk of Court on September 12, 2024, and is filed *nunc pro tunc* as of that date.