IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

ROBERT GILLARD                                                                                      PETITIONER

v.                                        Case No. 4:24-cv-4096

MILLER COUNTY, ARKANSAS                                                              RESPONDENT

## ORDER

Before the Court is a Report and Recommendation ("R&R") issued by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 8. Judge Bryant recommends that Petitioner Robert Gillard's Petition for Writ of Habeas Corpus (ECF No. 1) be denied and dismissed without prejudice. Judge Bryant further recommends that Petitioner be informed by the Clerk of Court of such dismissal and that no certificate of appealability be issued.

No party has objected to the R&R, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, finding no clear error on the face of the record and that Judge Bryant's reasoning is sound, the Court adopts the R&R (ECF No. 8) in toto. Petitioner Gillard's Petition for Writ of Habeas Corpus (ECF No. 1) hereby is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is directed to notify Petitioner of this dismissal. No certificate of appealability shall issue with this dismissal.

**IT IS SO ORDERED**, this 3rd day of January, 2025.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge